# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NATALIE LEBEDA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action Number: 12-cv-9363** |
| **v.** ) | |
| ) | |
| **OMNI MEDIATION GROUP, INC.;** ) | |
| **EARL WRAY; and** ) | |
| **DOE 1-4,** ) | |
| ) | |
| **Defendants.** ) | |

_____

### NOTICE OF DISMISSAL AS TO DEFENDANTS OMNI MEDIATION GROUP, INC. AND DOE 1-4

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff

voluntarily dismisses that action without prejudice as to defendants Omni Mediation Group, Inc.

and Doe 1-4.  Plaintiff will continue to prosecute her case against defendant Earl Wray.


Date: December 30, 2013          s/Robert Amador
                                 Robert Amador, Esq.
                                 Attorney for Plaintiff NATALIE LEBEDA
                                 Centennial Law Offices
                                 9452 Telephone Rd. 156
                                 Ventura, CA. 93004
                                 (888) 308-1119 ext. 11
                                 (888) 535-8267 fax
                                 R.Amador@centenniallawoffices.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, December 30, 2013, I mailed a true copy of the

foregoing NOTICE OF DISMISSAL, First Class U.S. Mail, to the following party:


EARL WRAY
7705 Boston State Road
Hamburg, NY 14075

OMNI MEDIATION GROUP, INC.
7705 Boston State Road
Hamburg, NY 14075

<div style="margin-left: 40%">

s/Robert Amador
Robert Amador, Esq.
Attorney for Plaintiff NATALIE LEBEDA
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888) 308-1119 ext. 11
(888) 535-8267 fax
R.Amador@centenniallawoffices.com

</div>