# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Natalie Lebeda,

Plaintiff(s),

v.

Omni Mediation Group, Inc. et al,

Defendant(s).

Case No.  12 C 9363

Judge

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

       which ☐ includes     pre–judgment interest.
             ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

___

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

___

☒     other: Judgment is entered in favor of Plaintiff Natalie Lebeda and against Defendant Earl Wray in the amount of $7111.71.

___

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion by plaintiff for entry of default judgment and attorney's fees.

Date:  2/24/2014

Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes , Deputy Clerk